ANNETTE E. S. FLEISCHER, Respondent, v. ERNST A.
FLEISCHER, Appellant.

*Fleischer* v. *Fleischer*, 177 App. Div. 934, appeal dismissed.

(Argued June 4, 1917; decided June 12, 1917.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second judi-
cial department, entered April 9, 1917, affirming a judg-
ment in favor of plaintiff entered upon a decision of the
court on trial at Special Term in an action for a separation.

The motion was made upon the ground that the
exceptions were frivolous; that no questions of law were
involved; that the affirmance was unanimous and that the
Court of Appeals has no jurisdiction to review the appeal.

*Israel H. Perskin* for motion.

*James A. Blanchfield* opposed.

Motion granted and appeal dismissed, with costs and
ten dollars costs of motion.